

# NUMBER 13-21-00288-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

CASTINE MCILHARGEY AND
JODY MCINTYRE, INDIVIDUALLY,
AND DERIVATIVELY ON BEHALF
OF A+ PRO RECOVERY AND
TOWING, LLC,                                                    Appellants,

v.

ERIK M. HAGER, JASON RIOS,
EDUARDO PENA, JOANNA PENA,
AND SOUTH PADRE TOWING AND
RECOVERY, LLC,                                                  Appellees.

---

On appeal from the 107th District Court
of Cameron County, Texas.

---

# ORDER

Before Chief Justice Contreras and Justices Benavides and Longoria
Order Per Curiam

Currently before the Court are (1) appellees Eduardo Pena and Joanna Pena's motion to dismiss for want of prosecution, and (2) appellees Eduardo and Joanna Pena's letter of January 13, 2022, which we construe as a motion to lift the stay previously issued in this case.

The Court, having examined and fully considered these motions, is of the opinion that they should be denied without prejudice at this time given the subject matter of the pending appeal and the chronological sequence of events in this case. On February 24, 2022, this Court reinstated the appeal after appellants were found to be indigent and notified the parties that the appellate timetables had commenced. Four volumes of the clerk's records were filed on March 1, 2022, and the reporter's record is due to be filed by March 7, 2022. Appellants' brief will be due twenty days after the date the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a)(1), (2).

Accordingly, we deny both the motion to dismiss and the motion to lift stay without prejudice. In so ruling, however, we appreciate the seriousness of the issues raised by appellees regarding the subject matter of the appeal and the allegations that appellants are engaging in intentional delay. Therefore, we will require strict adherence to the appellate timetable and will look with disfavor upon any requests for extension of time to file the appellate briefs in this matter. We will not favorably entertain any motion for extension of time regarding filing a brief unless the movant alleges extraordinary

circumstances and supports the request for an extension with appropriate argument and evidence. *See generally* TEX. R. APP. P. 10.1, 10.2, 10.5(b).

PER CURIAM

Delivered and filed on the
8th day of March, 2022.